No. 55321.—S. S. Kresge Company *v.* United States, protests 136869–K, etc. (Baltimore).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of figures composed wholly or in chief value of papier mâché the same in all material respects as those passed upon in *S. S. Kresge Co.* v. *United States* (25 Cust. Ct. 89, C. D. 1269), the claim of the plaintiff was sustained.

No. 55322.—S. S. Kresge Co. *v.* United States, protest 155732–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of figures composed wholly or in chief value of papier mâché the same in all material respects as those passed upon in *S. S. Kresge Co.* v. *United States* (25 Cust. Ct. 89, C. D. 1269), the claim of the plaintiff was sustained.

No. 55323.—S. S. Sarna *v.* United States, protest 135292–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of Mexican tecali stones suitable for use in the manufacture of jewelry similar in all material respects to those the subject of *L. Heller & Son, Inc.* v. *United States* (25 Cust. Ct. 83, C. D. 1268), the claim of the plaintiff was sustained.

No. 55324.—Thomas J. Gardner *v.* United States, protest 148400–K (Milwaukee).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 55325.—Butler Bros. *v.* United States, protest 151944–K (Baltimore).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 55326.—The Gruen Watch Company *v.* United States, protest 157051–K (Cleveland).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 55327.—Rev. C. A. Miller *v.* United States, protest 157109–K (Cleveland).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.